UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nathaniel Whaley,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>National Association of Realtors, et al.,<br><br>　　　　　Defendant(s). | 2:24-cv-00105-ART-MDC<br><br>**Order** |

　　　This case has been assigned to the undersigned magistrate judge by random draw. With good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

　　　Accordingly,

　　　It is so ORDERED that this case is referred to the Clerk of Court for random reassignment to another magistrate judge.

　　　Dated this 26th day of March 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge