Pat Lundvall (NSBN 3761)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Robert D. MacGill (admitted *pro hac vice*)
Matthew T. Ciulla (admitted *pro hac vice*)
Elizabeth L. Merritt (admitted *pro hac vice*)
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Telephone: 317-721-1253
robert.macgill@macgilllaw.com
matthew.ciulla@macgilllaw.com
elizabeth.merritt@macgilllaw.com

*Attorneys for Defendants, Berkshire Hathaway HomeServices Nevada Properties and BHH Affiliates, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL WHALEY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00105-ART-EJY<br><br>*And related case*<br><br>**CERTIFICATE OF INTERESTED PARTIES** |
| ANGELA BOYKIN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NATIONAL ASSOCIATION OF REALTORS, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00340-CDS-BNW |

Pursuant to FRCP 7.1 and LR 7.1-1, the undersigned counsel of record certifies that following may have a direct, pecuniary interest in the outcome of this case: Defendant BHH Affiliates, LLC is owned by HSF Affiliates LLC, which is owned by HS Franchise Holding, LLC, which is owned



by HomeServices of America, Inc. which is owned by Berkshire Hathaway Energy Company, which is owned by Berkshire Hathaway Inc.  Defendant Berkshire Hathaway HomeServices Nevada Properties is owned by HomeServices of Nevada, LLC, which is owned by HomeServices of America, Inc. which is owned by Berkshire Hathaway Energy Company, which is owned by Berkshire Hathaway Inc.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.  This certificate is given without waiver of any procedural or substantive defense.

Dated this 28th day of March, 2024.

McDONALD CARANO LLP

By: */s/ Pat Lundvall*
Pat Lundvall (NSBN 3761)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Robert D. MacGill (admitted *pro hac vice*)
Matthew T. Ciulla (admitted *pro hac vice*)
Elizabeth L. Merritt (admitted *pro hac vice*)
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Telephone: 317-721-1253
robert.macgill@macgilllaw.com
matthew.ciulla@macgilllaw.com
elizabeth.merritt@macgilllaw.com

*Attorneys for Defendants Berkshire Hathaway HomeServices Nevada Properties and BHH Affiliates, LLC*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP and that on the 28th day of March, 2024, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Beau Nelson*
　　　　　　　　　　　　　　　　　　　　　　An employee of McDonald Carano LLP

3