**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHANIEL WHALEY, | CASE NO. 2:24-cv-00105-ART-MDC |
| Plaintiff, | |
| vs. | |
| NATIONAL ASSOCIATION OF REALTORS, *et al.* | |
| Defendants | |
| ANGELA BOYKIN, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-00340-CDS-BNW |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| vs. | |
| NATIONAL ASSOCIATION OF REALTORS, et al., | |
| Defendants. | |

At the specific request of the Stipulating Parties in *Boykin v. National Association of Realtors*, *et al.,* Case No. 2:24-cv-00340-CDS-BNW, which was consolidated into Case No. 2:24-cv-00105-ART-MDC on March 21, 2024 (ECF No. 35), and for good cause shown IT IS HEREBY ORDERED:

The deadline for all Defendants to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended, and the entire case is stayed, until the later of (i) 30 days after the Panel rules on the pending MDL Motion in *In re Real Estate Commission Antitrust Litigation*, MDL No. 3100 (J.P.M.L. Dec. 27, 2023), or (ii) 30 days after the date of service or waiver of service of the Amended Complaint on such Defendant. In the event that the pending MDL Motion

/ / /

/ / /

is denied, the parties shall promptly negotiate and within 30 (thirty) days file a proposed schedule for this matter, including a schedule for amended pleadings and a deadline for the defendants to file a responsive pleading or otherwise respond to the operative Complaint.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

Dated: <u>April 2, 2024</u>

2