1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

NATHANIEL WHALEY,

13

Plaintiff,

14

v.

15

NATIONAL ASSOCIATION OF
REALTORS®; LAS VEGAS REALTORS®;

16

NEVADA REALTORS; SIERRA NEVADA
REALTORS; INCLINE VILLAGE

17

REALTORS®; ELKO COUNTY REALTORS;
MESQUITE REAL ESTATE ASSOCIATION;

18

GREATER LAS VEGAS MLS; NORTHERN

19

NEVADA REGIONAL MLS; JASON
MITCHELL GROUP; OPENDOOR

20

BROKERAGE LLC; eXp REALTY;

21

BERKSHIRE HATHAWAY
HOMESERVICES NEVADA PROPERTIES;

22

SIMPLY VEGAS; URBAN NEST REALTY;
LUXURY HOMES OF LAS VEGAS;

23

HUNTINGTON AND ELLIS, KELLER

24

WILLIAMS SOUTHERN NEVADA; KELLER
WILLIAMS VIP; KELLER WILLIAMS

25

REALTY LAS VEGAS; KELLER WILLIAMS
REALTY THE MARKETPLACE; ENGELS &

26

Case No.: 2:24-cv-00105-ART-EJY

**ORDER GRANTING**

**JOINT STIPULATED MOTION[1]
TO STAY ENTIRE CASE FOR 60
DAYS AND TO FURTHER STAY
PROCEEDINGS AS TO CERTAIN
DEFENDANTS THROUGH FINAL
APPROVAL OF NATIONWIDE
SETTLEMENTS**

27
28

---

[1] This paper is styled as a stipulated motion pursuant to LR 7-2 rather than a stipulation for the sole reason that certain Defendants are not signatories to this motion. The undersigned are unaware of any objection to the relief requested in this Joint Motion from any non-signatory Defendant.

VOLKERS LAKE TAHOE; DOUGLAS
ELLIMAN OF NEVADA; REDFIN
HOMESERVICES LLC; REDFIN
CORPORATION; DOES I through X; and ROE
CORPORATIONS I through X, inclusive;

Defendants.

AND CONSOLIDATED CASE

Case No. 2:24-cv-00340-ART-MDC

ANGELA BOYKIN, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS®; UMRO REALTY CORP. d/b/a
The Agency; CHASE INTERNATIONAL,
INC.; DICKSON REALTY, INC.; COMPASS,
INC.; eXp WORLD HOLDINGS, INC.; THE
REAL ESTATE GUY INC.; BHH
AFFILIATES, LLC; DOUGLAS ELLIMAN
INC.; DOUGLAS ELLIMAN REALTY, LLC;
HOMESMART INTERNATIONAL LLC;
CRAIG TANN, LTD d/b/a HUNTINGTON &
ELLIS A REAL ESTATE AGENCY; REALTY
ONE GROUP; REALTY ONE GROUP
EMINENCE; REDFIN CORPORATION;
URBAN NEST REALTY, LLC; NEVADA
REALTORS; GREATER LAS VEGAS
ASSOCIATION OF REALTORS; GREATER
LAS VEGAS ASSOCIATION OF REALTORS
MULTIPLE LISTING SERVICE, INC.; ELKO
COUNTY REALTORS; INCLINE VILLAGE
REALTORS, INC.; SIERRA NEVADA
REALTORS; NORTHERN NEVADA
REGIONAL MULTIPLE LISTING SERVICE,
INC.; MESQUITE REAL ESTATE
ASSOCIATION, INC., A NEVADA NON-
PROFIT CORPORATION;

Defendants.

- ii -

Plaintiff Nathaniel Whaley and Plaintiff Angela Boykin, on behalf of themselves and all others similarly situated (individually, the "Whaley Plaintiffs" and the "Boykin Plaintiffs" collectively, "Plaintiffs"), and the undersigned Defendants, (together with Plaintiffs, the "Stipulating Parties"),[2] jointly move to: (1) stay the proceedings in this case for 60 days from the date of this Court's Order; and (2) further stay proceedings as to the REALTOR® Defendants[3]; Compass, Inc.; Douglas Elliman Inc., Douglas Elliman Realty, LLC, and Douglas Elliman of Nevada (collectively "Douglas Elliman"); BHH Affiliates, LLC; Berkshire Hathaway HomeServices Nevada Properties; Realty ONE Group; and Realty ONE Group Eminence, through a determination on final approval of their respective settlement agreements (collectively, the settlements are referred to herein as, "the Nationwide Settlements"). In support of this joint stipulated motion, the Stipulating Parties provide as follows:

1.    The Whaley Plaintiffs filed a Class Action Complaint (ECF No. 1) on January 15, 2024.

2.    The Whaley Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint") (ECF No. 6) on January 25, 2024.

3.    The Boykin Plaintiffs filed a Class Action Complaint in the consolidated action on February 16, 2024.

4.    On March 8, 2024, in the *Whaley* action Defendant National Association of REALTORS® filed a Joint Stipulated Motion ("*Whaley* Motion") to Stay Proceedings Pending Determination of the Motion to Transfer ("MDL Motion") by the Judicial Panel on Multidistrict Litigation (the "JPML") (ECF No. 28).

---

[2] Defendants Compass, Inc., Greater Las Vegas Association of REALTORS®, Greater Las Vegas Association of REALTORS® Multiple Listing Service, consent to the stay requested herein but have not yet retained local counsel and thus cannot sign this motion.

[3] The "REALTOR® Defendants" are referred to herein as Defendants: National Association of REALTORS®; Greater Las Vegas Association of REALTORS®; Nevada REALTORS®; Elko County REALTORS®; Incline Village REALTORS®; Mesquite Real Estate Association, Inc.; Greater Las Vegas Association of REALTORS®; and Sierra Nevada REALTORS®.

124821181.1

5.      This Court granted the *Whaley* Motion on March 11, 2024, "stay[ing] the entire case until the later of (i) 30 days after the [JPML] rules on the pending MDL Motion, or (ii) 30 days after the date of service or waiver of service of the Amended Complaint on such Defendant" (ECF No. 31).

6.      Pursuant to the Court's Order (ECF No. 56) issued in *Boykin* on March 21, 2024, the *Boykin* action was administratively closed and consolidated with the *Whaley* action.

7.      On March 15, 2024, the plaintiffs in *Burnett v. The National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.) ("*Burnett*"), *Moehrl v. The National Association of Realtors*, No. 1:19-cv-01610 (N.D. Ill.) ("*Moehrl*"), *Gibson v. National Association of Realtors* ("*Gibson*"), No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors* ("*Umpa*"), No. 4:23-cv-00945 (W.D. Mo.) entered into a settlement agreement ("NAR Settlement Agreement"), attached hereto as Exhibit A, with Defendant National Association of REALTORS® ("NAR"), which, if approved, would constitute a nationwide settlement against the "Released Parties," as defined in the NAR Settlement Agreement (Ex. A ¶¶ 17-18).

8.      On March 21, 2024, Defendant Compass, Inc., entered into a settlement agreement with the plaintiffs in *Gibson* and *Umpa*, which would constitute a nationwide settlement that may include similar claims at issue in this case. (*Gibson*, ECF No. 135).

9.      On March 22, 2024, Defendant HomeSmart International LLC filed a Joint Consent Motion to Stay Proceedings Pending Determination of Motion to Transfer (the "MDL Motion") by the Judicial Panel on Multidistrict Litigation (the JPML) as to the *Boykin* Defendants (the "*Boykin* Motion") (ECF No. 36).

10.     On April 2, 2024, this Court granted the *Boykin* Motion, and further instructed that if the MDL Motion was denied, "the parties shall promptly negotiate and within 30 (thirty) days file a proposed schedule for this matter, including a schedule for amended pleadings and a deadline for the defendants to file a responsive pleading or otherwise respond to the operative Complaint." (ECF No. 60).

11.     On April 12, 2024, the JPML denied the MDL Motion (*see* ECF No. 62).

12.     On April 19, 2024, the Motion for Preliminary Approval of the NAR Settlement Agreement ("Preliminary Approval Motion") as to NAR was filed in *Burnett* (*see Burnett*, ECF No. 1458).

13.     On April 22, 2024, the *Burnett* court granted the Preliminary Approval Motion (*Burnett*, ECF No. 1460).

14.     On April 23, 2024, Defendant Realty ONE Group entered into a settlement agreement with the plaintiffs in *Gibson* and *Umpa*, which, if approved, would constitute a nationwide settlement that may include similar claims at issue in this case.

15.     On April 25, 2024, Defendants HomeServices of America, BHH Affiliates LLC, and HSF Affiliates LLC (collectively "the HomeServices Defendants") executed a binding term sheet to settle all claims asserted against the HomeServices Defendants. Under the terms of this settlement, a Released Party includes the HomeServices Defendants, its officers, directors, employees, as well as direct or indirect subsidiaries among others. If approved, this would constitute a nationwide settlement that may include similar claims to those at issue in this case.

16.     On April 29, 2024, the Motion for Preliminary Approval of the Realty ONE Group Settlement Agreement was filed in *Gibson* and *Umpa*, which the Court granted on April 30, 2024 (*see Gibson*, ECF No. 163).

17.     On April 29, 2024, Defendant Douglas Elliman filed a Notice of Pending Settlement in *Gibson* and *Umpa* advising the Court that Douglas Elliman had entered into a settlement agreement with the plaintiffs in those actions, which would constitute a nationwide settlement that may include similar claims at issue in this case. (*Gibson*, ECF No. 157).

18.     On April 30, 2024, the *Gibson*[4] court granted the Motion for Preliminary Approval related to Compass' and Douglas Elliman's respective settlements with the

---

[4] On April 23, 2024, the Court in *Gibson* and *Umpa*, issued an order consolidating the *Umpa* action into the *Gibson* action. (*Gibson*, ECF No. 145).

*Gibson* and *Umpa* plaintiffs. (*Gibson*, ECF No. 163). The court's order enjoins all members of the nationwide settlement class from pursuing any claims against Compass, Douglas Elliman, and the "Released Parties" defined in each of their respective settlements based on the same factual predicates as the claims alleged in *Gibson*.

19.     The NAR Settlement Agreement defines certain categories of entities, including, for example, NAR, REALTOR-Associate® Members, REALTOR® Member Boards, REALTOR® Multiple Listing Services, Non-REALTOR® Multiple Listing Services, and brokerages, and identifies what steps, if any, each category must take to qualify as a "Released Party" pursuant to the NAR Settlement Agreement. (Ex. A ¶ 18).

20.     Certain entities must expressly enter into an "opt in" agreement, and comply with certain other terms, to qualify as "Released Parties." (Ex. A ¶ 18).

21.     The REALTOR® Defendants do not have to enter into an "opt in" agreement in order to be considered "Released Parties." (Ex. A. ¶ 18(b)).

22.     Certain other defendants in the above-captioned litigation must enter into an "opt in" agreement, within 60 days from the date the first Motion for Preliminary Approval is filed, and comply with certain other terms, in order to be considered "Released Parties." (Ex. A ¶ 18(c-f)); *see also id.* ¶¶ 20, 66, 67).

23.     Plaintiffs and NAR, speaking on behalf of the Defendants, met and conferred regarding the status of this case in light of the Nationwide Settlements and this Court's directive to "negotiate and within 30 (thirty) days file a proposed schedule for this matter, including a schedule for amended pleadings and a deadline for the defendants to file a responsive pleading or otherwise respond to the operative Complaint," because the pending MDL Motion was denied." (ECF No. 60).

24.     Plaintiffs and the Defendants have agreed that it is in the interest of judicial efficiency for this Court to modify the current deadlines set forth in its April 2, 2024, Order (ECF No. 60), and enter an Order to:

> (1) Stay the case as to the REALTOR® Defendants through a decision on final approval of the NAR Settlement Agreement;

- 4 -

124821181.1

(2) Stay the case as to Defendant Compass, Inc. through a decision on final approval of its settlement agreement;

(3) Stay the case as to Defendants Douglas Elliman Inc., Douglas Elliman Realty, LLC, and Douglas Elliman of Nevada through a decision on final approval of their settlement agreement;

(4) Stay the case as to Defendants Berkshire Hathaway HomeServices Nevada Properties, and BHH Affiliates, LLC, through a decision on final approval of the HomeServices Defendants' settlement agreement;

(5) Stay the case as to Defendants Realty ONE Group and Realty ONE Group Eminence through a decision on final approval of the Realty ONE Group settlement agreement;

(6) Stay the case from the date of the Court's order as to the remaining parties for 60 days to allow other Defendants to determine whether they will "opt in" and otherwise comply with the NAR Settlement Agreement, and therefore also become "Released Parties," or to file their own motions to stay based on their own settlement agreements. This stay does not prohibit settlement discussions, negotiations, or mediations between Plaintiffs and remaining Defendants, and/or the exchange of informal discovery to facilitate settlement; and

(7) Order that no later than 14 days after the expiration of the 60-day stay, Plaintiffs and the remaining Defendants (assuming such Defendants have been properly served), including any additional "Released Parties," will file a status report, including whether the above-captioned litigation should be stayed as to any new Released Parties through final approval of the NAR Settlement Agreement and/or propose a litigation and briefing schedule for any responses to the Complaints and/or amended complaints for any remaining Defendants in the above-captioned litigation who have not become Released Parties.

124821181.1

25.   Courts in other similar actions have already granted stays in light of the Nationwide Settlements, including in the following cases:

- *Freedlund v. Redfin Corporation*, No. 2:24-cv-01561 (C.D. Cal. Apr. 16, 2024), Order granting stay as to defendants NAR and California Association of REALTORS® through a decision on final approval, ECF No. 28;

- *Burton v. National Association of REALTORS*, No. 7:23-cv-05666 (D.S.C. Apr. 23, 2024), Order granting stay as to NAR through a decision on final approval, ECF No. 39; and

- *Fierro v. National Association of Realtors*, No. 2:24-cv-00449 (C.D. Cal. Apr. 30, 2024), Order granting stay of entire case for 60 days, and further staying case as to certain defendants through final approval of respective nationwide settlement agreements, as requested in this Stipulated Motion, ECF No. 148.

- *QJ Team, LLC v. Texas Assoc. of Realtors, Inc.*, No. 4:23-cv-01013 (E.D. Tex. May 1, 2024), Order granting stay as to NAR-Affiliated Defendants pending final approval of the NAR Settlement, ECF No. 205.

26.   The Defendants do not waive any rights to arbitration or other forms of alternative dispute resolution, and expressly reserve and assert, and do not waive, their binding arbitration rights. Defendants reserve the right to file formal motions asserting these rights at each phase of litigation.[5]

27.   Defendants do not waive any rights to enforce provisions of any applicable agreements including class waiver provisions and/or limitations periods, and expressly reserve and assert, and do not waive, their binding and enforceable rights. Defendants reserve the right to file formal motions asserting these rights at each phase of litigation.

/ / /

/ / /

---

[5] Defendants also do not waive and expressly reserve any rights as to any personal jurisdiction arguments.

28.   Plaintiffs and the proposed class expressly reserve all rights available to them in this or any other proceeding.

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 13, 2024

Dated this 10th day of May, 2024.

BEN'S LAW

By: /s/ Stefany "Miley" Tewell
_____
Stefany "Miley" Tewell, Bar No. 6144
Ben Lehavi, Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
(702) 518-9236

SCHWARTZ LAW, PLLC

By: /s/ Samuel A. Schwartz
_____
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

*Attorneys for the Whaley Plaintiff and the Class*

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: /s/ G. Mark Albright
_____
G. Mark Albright, Bar No. 1394
Daniel R. Ormsby, Bar No. 14595
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
(702) 384-7111

Dated this 10th day of May, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ E. Leif Reid
_____
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
One East Liberty Street, Suite 300
Reno, Nevada 89501
(775) 823-2900

*Attorneys for Defendant National Association of REALTORS®*

MCDONALD CARANO LLP

By:   /s/ Matthew C. Addison
_____
Matthew C. Addison, Esq., Bar No. 4201
100 W. Liberty St., 10th Floor
Reno, NV 89501
(775) 788-2000

*Attorneys for Defendants Sierra Nevada REALTORS® and Northern Nevada Regional Multiple Listing Service, Inc.*

- 7 -

124821181.1

| | |
|---|---|
| 1 | Matthew B. George (*pro hac vice*) |
| | Blair E. Reed (*pro hac vice*) |
| 2 | KAPLAN FOX & KILSHEIMER LLP |
| | 1999 Harrison Streeet, Suite 1560 |
| 3 | Oakland, California 94612 |
| | (415) 772-4700 |
| 4 | |

1 | Matthew B. George (*pro hac vice*)
Blair E. Reed (*pro hac vice*)
2 | KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Streeet, Suite 1560
3 | Oakland, California 94612
(415) 772-4700
4 |
5 | Frederic S. Fox (*pro hac vice*)
Matthew P. McCahill (*pro hac vice*)
Jeffrey P. Campisi (*pro hac vice*)
6 | KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
7 | New York, New York 10022
(212) 687-1980
8 |
9 | Brandon Fox (*pro hac vice*)
KAPLAN FOX & KILSHEIMER LLP
1750 North Bayshore Drive
10 | Miami, Florida 33132
(914) 924-1038
11 |
12 | Julie Pettit (*pro hac vice*)
David B. Urteago (*pro hac vice*)
13 | THE PETTIT LAW FIRM
2101 Cedar Springs, Suite 1540
14 | Dallas, Texas 75201
(214) 329-0151
15 |
16 | Michael K. Hurst (*pro hac vice*)
Jessica Cox (*pro hac vice*)
17 | Yaman Desai (*pro hac vice*)
LYNN PINKER HURST &
18 | SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
19 | Dallas, Texas 75201
(214) 981-3839
20 |
*Attorneys for the Boykin Plaintiff and the*
21 | *Proposed Classes*

GUILD, GALLAGHER & FULLER,
LTD.

By: */s/ John K. Gallagher*
_____
John K. Gallagher, Bar No. 956
Patrick H. Gallagher, Bar No. 14875
100 West Liberty Street, Suite 800
Reno, Nevada 89501
(775) 786-2366

*Attorneys for Defendant Incline
Village REALTORS®, Inc.*

HUTCHISON & STEFFEN, PLLC

By: */s/ Mark A. Hutchison*
_____
Mark A. Hutchison, Bar No. 4639
Piers R. Tueller, Bar No. 14633
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500

*Attorneys for Defendant Nevada
REALTORS®*

MCDONALD CARANO LLP

By: */s/ Pat Lundvall*
_____
Pat Lundvall, Bar No. 3761
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
(702) 873-4100

Robert D. McGill (*pro hac vice*)
Matthew T. Ciulla (*pro hac vice*)
Elizabeth L. Merritt (*pro hac vice*)
MACGILL PC
156 E. Market Street, Suite 1200
Indianapolis, Indiana 46204
(317) 721-1253

*Attorneys for Defendants Berkshire
Hathaway HomeServices
Nevada Properties and BHH
Affiliates, LLC*

BREMER WHYTE BROWN & O'MEARA

By: */s/ Andrew J. Sharples*
_____
ANDREW J. SHARPLES, Esq., Bar
No. 12866

- 8 -

JEFFREY W. SAAB, Esq. Bar No.
11261
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
(702) 258-6665

*Attorneys for Defendant Realty ONE*
*Group and Realty ONE Group*
*Eminence*

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

By: */s/ Leo D. Caseria*
LEO D. CASERIA (pro hac vice
forthcoming)
CHRISTOPHER LOVELAND (pro
hac vice forthcoming)
2099 Pennsylvania Avenue, NW,
Suite 100
Washington, DC 20006
(202) 747-1925
cloveland@sheppardmullin.com

HELEN C. ECKERT (*pro hac
vice* forthcoming
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100

*Attorneys for Defendant Realty ONE*
*Group and Realty ONE Group*
*Eminence*

FREEMAN MATHIS & GARY, LLP

By: */s/ Michael M. Edwards*
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
ERIC N. TRAN ESQ.
Nevada Bar No. 11876
770 East Warm Springs Road, Suite
360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT ERIC ANDERSON, ESQ.*
JACOB S. MADSEN, ESQ.*
MATTHEW N. FOREE, ESQ.*
CAMERON N. REGNERY ESQ.*
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(T): 770-818-0000
(F): 833-330-3669
scott.anderson@fmglaw.com
jacob.madsen@fmglaw.com
mforee@fmglaw.com
cameron.regnery@fmglaw.com

*Admitted Pro Hac Vice
*Counsel for HomeSmart International,
LLC*

GARMAN TURNER GORDON LLP

By: */s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Douglas Elliman Inc.,
Douglas Elliman Realty, LLC, and
Douglas Elliman of Nevada*

MCDONALD CARANO LLP

By: */s/ Adam Hosmer-Henner*
ADAM HOSMER-HENNER, ESQ.
100 W. Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com

*Attorney for Defendant Dickson
Realty, Inc.*

ARMSTRONG TEASDALE LLP

By: */s/ Brandon P. Johansson*
BRANDON P. JOHANSSON
Nevada Bar No. 12003
7160 Rafael Rivera Way, Suite 320

- 10 -

124821181.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Las Vegas, Nevada 89113
T: (702) 678-5070
F: (702) 878-9995
bjohansson@atllp.com

Michael A. Gehret
Nevada Bar No. 9307
222 South Main St., Suite 1830
Salt Lake City, UT, 84101
T: (801) 401-1607
F: (801) 880-2793
mgehret@atllp.com

*Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC*

FARELLA BRAUN & MARTEL LLP

By: */s/ Christopher Wheeler*

Christopher Wheeler, Esq.
One Bush Street, Suite 900
San Francisco 94104
tkobelski@fbm.com
cwheeler@fbm.com

*Attorneys for Defendant Chase International, Inc.*

MUNCK WILSON MANDALA, LLP

By: */s/Tiffany A. Kahler*

TIFFANY A. KAHLER
Nevada Bar No. 13513
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

*Attorneys for Defendant UMRO Realty Corp. d/b/a The Agency*

124821181.1

1

## CERTIFICATE OF SERVICE

2        Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of

3   Lewis Roca Rothgerber Christie LLP, and that on the 10th day of May, 2024, I caused the

4   foregoing **JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO STAY**

5   **ENTIRE CASE FOR 60 DAYS AND TO FURTHER STAY PROCEEDINGS AS TO**

6   **CERTAIN DEFENDANTS THROUGH FINAL APPROVAL OF NATIONWIDE**

7   **SETTLEMENTS** to be served by electronic mail to the following:

8

Stefany "Miley" Tewell, Esq.

9   Ben Lehavi, Esq.
BEN'S LAW

10   5940 South Rainbow Boulevard
Las Vegas, Nevada 89118

11   judgestefany@benslaw.com
ben@benslaw.com

12   *Attorneys for the Whaley Plaintiff and the Class*

13   G. Mark Albright, Esq.
Daniel R. Ormsby, Esq.

14   801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

15   ormsby@albrightstoddard.com
gma@albrightstoddard.com

16

Matthew B. George, Esq.

17   Blair E. Reed, Esq.
KAPLAN FOX & KILSHEIMER LLP

18   1999 Harrison Streeet, Suite 1560
Oakland, California 94612

19   mgeorge@kaplanfox.com
breed@kaplanfox.com

20

Frederic S. Fox, Esq.

21   Matthew P. McCahill, Esq.
Jeffrey P. Campisi, Esq.

22   KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor

23   New York, New York 10022
ffox@kaplanfox.com

24   mmccahill@kaplanfox.com
jcampisi@kaplanfox.com

25

26

27   Brandon Fox, Esq.
KAPLAN FOX & KILSHEIMER LLP

28

Tiffany A. Kahler, Esq.
MUNCK WILSON MANDALA
12770 Coit Road
Dallas, Texas 75251
tkahler@munckwilsom.com
*Attorneys for Defendant UMRO Realty Corp.*

Richard J. McGuffin, III, Esq.
ALLING & JILLSON
276 Kingsbury Grade, Suite 2000
PO Box 3390
Lake Tahoe, Nevada 89449
rmcguffin@ajattorneys.com

Tim Horgan-Kobelski, Esq.
Christopher Wheeler, Esq.
FARELLA BRAUN & MARTEL LLP
One Bush Street, Suite 900
San Francisco 94104
tkobelski@fbm.com
cwheeler@fbm.com
*Attorneys for Defendant Chase International, Inc.*

Adam Hosmer-Henner, Esq.
MCDONALD CARANO LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
*Attorneys for Defendant Dickson Realty, Inc.*

Brandon P. Johansson
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
bjohansson@atllp.com

Michael Allen Gehret
ARMSTRONG TEASDALE LLP

124821181.1

| | | |
|---|---|---|
| 1 | 1750 North Bayshore Drive | 222 South Main Street, Suite 1830 |
| 2 | Miami, Florida 33132<br>bfox@kaplanfox.com | Salt Lake City, Utah 84101<br>ymurphy@atllp.com<br>*Attorneys for Defendant eXp Realty* |
| 3 | | *LLC* |
| 4 | Julie Pettit, Esq.<br>David B. Urteago, Esq. | Michael M. Edwards, Esq. |
| 5 | THE PETTIT LAW FIRM<br>2101 Cedar Springs, Suite 1540 | Eric N. Tran Esq.<br>FREEMAN MATHIS & GARY, LLP |
| 6 | Dallas, Texas 75201<br>jpettit@pettitfirm.com | 770 East Warm Springs Road, Suite<br>360 |
| 7 | durteago@pettitfirm.com | Las Vegas, NV 89119<br>michael.edwards@fmglaw.com |
| 8 | Michael K. Hurst, Esq. | eric.tran@fmglaw.com |
| 9 | Jessica Cox, Esq.<br>Yaman Desai, Esq. | Cameron N. Regnery, Esq. |
| 10 | LYNN PINKER HURST & SCHWEGMANN,<br>LLP | Jacob S. Madsen, Esq.<br>Matthew M. Foree, Esq. |
| 11 | 2100 Ross Avenue, Suite 2700 | Scott E. Anderson, Esq.<br>FREEMAN MATHIS & GARY, LLP |
| 12 | Dallas, Texas 75201<br>mhurst@lynnllp.com | 100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339 |
| 13 | jcox@lynnllp.com<br>ydesai@lynnllp.com | cameron.regnery@fmglaw.com<br>jacob.madsen@fmglaw.com |
| 14 | *Attorneys for the Boykin Plaintiff and the*<br>*Proposed Classes* | matthew.foree@fmglaw.com<br>scott.anderson@fmglaw.com |
| 15 | | *Attorneys for Defendant HomeSmart*<br>*International LLC* |
| 16 | Matthew C. Addison, Esq.<br>MCDONALD CARANO LLP | |
| 17 | 100 W. Liberty St., 10th Floor<br>Reno, NV 89501 | Lucian Greco, Esq.<br>Jeffrey W. Saab, Esq. |
| 18 | maddison@mcdonaldcarano.com<br>*Attorneys for Defendants Sierra Nevada* | Andrew Sharples, Esq.<br>BREMER WHYTE BROWN & |
| 19 | *REALTORS® and Northern Nevada Regional*<br>*Multiple Listing Service, Inc.* | O'MEARA<br>1160 N. Town Center Drive, Suite 250 |
| 20 | | Las Vegas, NV 89144<br>lgreco@bremerwhyte.com |
| 21 | John K. Gallagher, Esq.<br>Patrick H. Gallagher, Esq. | jsaab@bremerwhyte.com<br>asharples@bremerwhyte.com |
| 22 | GUILD, GALLAGHER & FULLER, LTD.<br>100 West Liberty Street, Suite 800 | *Attorneys for Defendant Realty ONE*<br>*Group, Inc.* |
| 23 | Reno, Nevada 89501<br>jgallagher@ggfltd.com | |
| 24 | pgallagher@ggfltd.com<br>*Attorneys for Defendant Incline Village* | Patricia K. Lundvall, Esq.<br>MCDONALD CARANO |
| 25 | *REALTORS®, Inc.* | 2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102 |
| 26 | Mark A. Hutchison, Esq.<br>Piers R. Tueller, Esq. | lundvall@mcdonaldcarano.com |
| 27 | HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200 | Robert D. McGill, Esq.<br>Matthew T. Ciulla, Esq. |
| 28 | Las Vegas, NV 89145<br>mhutchison@hutchlegal.com<br>ptueller@hutchlegal.com | Elizabeth L. Merritt, Esq.<br>MACGILL PC |

- 13 -

*Attorneys for Defendant Nevada REALTORS®*

156 E. Market Street, Suite 1200
Indianapolis, Indiana 46204
robert.macgill@macgilllaw.com
matthew.ciulla@macgilllaw.com
elizabeth.merritt@macgilllaw.com
*Attorneys for Defendants Berkshire
Hathaway HomeServices Nevada
Properties and BHH Affiliates, LLC*

/s/  Dawn M. Hayes
Employee of Lewis Roca Rothgerber Christie LLP

- 14 -

1

**INDEX OF EXHIBITS**

| Exhibit No. | Description | No. of Pages |
|-------------|-------------|--------------|
| A | NAR Settlement Agreement | 110 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

124821181.1