UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WHALEY & ANGELA BOYKIN, Plaintiff(s), vs. NATIONAL ASSOCIATION OF REALTORS, et al. Defendant(s). | Case # 2:24-cv-00105-ART-MDC |

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Jenifer C. Wallis (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Munck Wilson Mandala LLP (firm name) with offices at 1925 Century Park East, Suite 2300 (street address), Los Angeles (city), California (state), 90025 (zip code), (310) 855-3311 (area code + telephone number), jwallis@munckwilson.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Legal Offices of James J. Lee [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since July 2, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 07/02/2015 | 303343 |
| Alabama Supreme Court | 09/30/2005 | R73W-1993 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 03/22/2024 | Motion to Associate | Clark County Nevada | Granted |
| 06/05/2024 | Motion to Associate | Clark County Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

J Wallis
Petitioner's signature

STATE OF California )
)
COUNTY OF Los Angeles )

Jenifer C. Wallis, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

J Wallis
Petitioner's signature

Subscribed and sworn to before me this

______ ~~day of~~ __________, ______.

Please see attached California Jurat

________________________________
~~Notary Public or Clerk of Court~~

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate James J. Lee (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2620 Regatta Drive, Suite 102,
(street address)

Las Vegas, Nevada, 89128,
(city) (state) (zip code)

(702) 664-6545, james@leelitigate.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) James J. Lee (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
Brandon Braga
7B684C5E468444E...

(party's signature)

UMRO Realty General Counsel and Corp Sec.
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1909 james@leelitigate.com
Bar number Email address

**APPROVED.**

Anne R. Traum
United States District Judge

Dated: September 15, 2026

Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

## *JENIFER C. WALLIS*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that JENIFER C. WALLIS, #303343, was on the 2nd day of June 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of September 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: ______________________
*T. Ma, Deputy Clerk*

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Special Membership

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that* ***Jenifer Champ Wallis*** *has been duly admitted to the Bar on this State on September 30, 2005.*

*I further certify that said* ***Jenifer Champ Wallis*** *is presently a member in good standing of the Alabama State Bar, having met all dues requirements for the year ending September 30, 2026, and are subject to the restrictions set forth in Sections 34-3-17 and 34-3-18. Code of Alabama (1975).*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on this the September 03, 2026.*

Terri B. Lovell, Secretary

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 08 day of September, 20 26, by Jenifer Wallis

______________________________,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAN NOEL PURCELL
Notary Public - California
Santa Clara County
Commission # 2442847
My Comm. Expires Mar 30, 2027

(Seal)

Signature ______________________